```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02550
   AGNIESZKA KASKIEWICZ
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-9741

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/14/2007 and was confirmed 06/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   6.00%.

     The case was dismissed after confirmation 05/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG         .00            .00            .00
TERRA COTTA CONDOMINIUM   CURRENT MORTG         .00            .00            .00
TERRA COTTA CONDOMINIUM   SECURED           3349.50            .00        3349.50
KOVITZ SHIFRIN NESBIT     NOTICE ONLY     NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED        10222.71            .00            .00
BANK OF AMERICA           UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED         5840.89            .00            .00
CHASE CARDMEMBER SERVICE  NOTICE ONLY     NOT FILED            .00            .00
CREDIT FIRST NA           UNSECURED          612.45            .00            .00
ECAST SETTLEMENT CORP     UNSECURED           19.50            .00            .00
ROUNDUP FUNDING LLC       UNSECURED          121.50            .00            .00
PARK DANSEN               NOTICE ONLY     NOT FILED            .00            .00
NICOR GAS                 UNSECURED       NOT FILED            .00            .00
SPRINT PCS                UNSECURED       NOT FILED            .00            .00
US CELLULAR CHICAGO       UNSECURED       NOT FILED            .00            .00
ACCOUNT RECOVERY SERVICE  NOTICE ONLY     NOT FILED            .00            .00
WORLD FINANCIAL NETWORK   UNSECURED          347.86            .00            .00
MARLIN E KIRBY            DEBTOR ATTY      2,274.00                           .00
TOM VAUGHN                TRUSTEE                                          250.50
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                3,600.00

PRIORITY                                       .00
SECURED                                   3,349.50
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                         250.50

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02550 AGNIESZKA KASKIEWICZ
```

```
DEBTOR REFUND                                                         .00
                                      ----------------       ----------------
TOTALS                                        3,600.00               3,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 08/26/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```